

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00283-CR

**IN RE** Martin **FELAN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  May 7, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On April 24, 2014, relator Martin Felan filed a pro se petition for writ of mandamus challenging his 2006 conviction and sentencing for aggravated sexual assault on the basis that the visiting judge presiding over his sentencing had failed to timely file an anti-bribery oath with the Secretary of State as required by the Texas Constitution. *See* TEX. CONST. art. XVI, § 1. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. *See Espinosa v. State*, 115 S.W.3d 64, 66 (Tex. App.—San Antonio 2003, no pet.). Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2005CR2635, styled *The State of Texas v. Martin Felan*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.